IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| INNOVATIVE METAL DESIGNS, | No. 03:15-cv-00560-SB |
| Plaintiff, | |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION, a Minnesota corporation; and HANADI ACHOUR, an individual, | ORDER |
| Defendants. | |

HERNANDEZ, District Judge:

Magistrate Judge Beckerman issued a Findings and Recommendation (#22) on November 18, 2015, in which she recommends that this Court grant Defendants' motion to dismiss. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate

1 - ORDER

Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings & Recommendation [22]. Accordingly, Defendants' motion to dismiss [11] is granted. Plaintiff may file an amended Complaint consistent with the Court's findings and Rule 11, within 10 days of the date of this Order.

IT IS SO ORDERED.

DATED this   20   day of   December   , 2015.

*Marco Hernandez*
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER