IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| INNOVATIVE METAL DESIGN, INC., an Oregon corporation, | Case No. 3:15-cv-00560-SB |
| Plaintiff, | **ORDER** |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION, a Minnesota corporation; and HANADI ACHOUR, an individual, | |
| Defendants. | |

It is ORDERED that the parties' Stipulated Motion to Dismiss With Prejudice (ECF No. 38) is GRANTED, and that this action is DISMISSED with prejudice and with each party to bear its own costs and expenses.

Dated this 21 day of March, 2016.

*Marco Hernandez*
MARCO A. HERNANDEZ
United States District Judge